IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-195-H

UNITED STATES OF AMERICA,

v.

FONTELLE RICARDO GROVES,
    Defendant.

**ORDER**

This matter is before the court on remand from the Fourth Circuit Court of Appeals. In accordance with the judgment of the Fourth Circuit, the order entered on April 15, 2015 [DE #47] is hereby VACATED. As the government has now filed an amended motion for forfeiture [DE #67], the original motion for forfeiture [DE #46] is hereby deemed moot. Defendant shall have fourteen days from entry of this order to respond to the government's motion. Once the fourteen day response time has run, the court shall rule on the amended motion for forfeiture.

This 15th day of June 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26