IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-195-1H

UNITED STATES OF AMERICA,          )
                                   )
                                   )
        v.                         )
                                   )        **ORDER**
FONTELLE RICARDO GROVES,           )
                                   )
            Defendant.             )


This matter is before the court on defendant's "Rule 5 Appeal by Permission," which this court construes as a motion to reconsider. Finding insufficient cause to alter or amend its prior order, the motion [DE #82] is DENIED.

This 26th day of July 2016.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26