```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                            WESTERN DIVISION
                          NO. 5:05-CR-195-1H
```

UNITED STATES OF AMERICA          :
                                  :
        v.                        :
                                  :
FONTELLE RICARDO GROVES            :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 5, 2017, this Court entered an Amended Order of Forfeiture of Substitute Assets forfeiting $2,110.00 in gross proceeds to the United States;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between December 7, 2017 and January 5, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject property described in this Court's December 5, 2017 Amended Order of Forfeiture of Substitute Assets.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the December 5, 2017 Amended Order of Forfeiture of Substitute Assets is hereby forfeited to the United States. The United States Department of Justice is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this   3rd   day of   April  , 2018.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE