UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Fontelle Ricardo Groves**  Docket No. 5:05-CR-195-1H

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Fontelle Ricardo Groves, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 7, 2006, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Per an Executive Grant of Clemency dated January 17, 2017, the period of imprisonment was commuted to 188 months.

Fontelle Ricardo Groves was released from custody on September 11, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** During an initial meeting with the probation officer on September 11, 2018, the defendant stated he had been seeing a doctor while under home confinement with the Bureau of Prisons. The defendant stated he experiences both auditory and visual hallucinations, and was prescribed medications while an inmate of the Bureau of Prisons. The defendant expressed a desire to continue receiving treatment during the term of supervised release. As such, it is recommended that the defendant's conditions of supervised release be modified to include participation in a program of mental health treatment, as directed by the probation officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller    /s/ Scott Plaster
Jeffrey L. Keller    Scott Plaster
Supervising U.S. Probation Officer    U.S. Probation Officer
    310 New Bern Avenue, Room 610
    Raleigh, NC 27601-1441
    Phone: 919-861-8808
    Executed On: September 11, 2018

Fontelle Ricardo Groves
Docket No. 5:05-CR-195-1H
Petition For Action
Page 2

### ORDER OF THE COURT

Considered and ordered this __12__ day of __Sept__, 2018, and ordered filed and made a part of the records in the above case.

_/s/ Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge